```
                    FILED
                  NOV 29 2007
           CLERK, U.S. DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
         BY            /s/            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3228-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JULIO ESPINOZA DE LEON, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 30, 2007, within the Southern District of California, defendant JULIO ESPINOZA DE LEON, did knowingly and intentionally import 50 grams or more, to wit: approximately 11.28 kilograms (24.81 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/29/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:drh:San Diego
11/6/07