JAO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JULIO ESPINOZA DE LEON | CASE NUMBER: 07CR3228-H |

I, JULIO ESPINOZA DE LEON, the above-named defendant, who is accused of committing the following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/29/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Julio Lino Espinoza_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer