## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Julio Espinoza De Leon                    No.  07cr3228-H

HON.  Louisa S. Porter                Tape No.  POR07-1:2:00-2:02 (1min)

Asst. U.S. Attorney  Fred Sheppard          PTSO

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Leila Morgan, FD | X | Apt | __ | Ret | for De Leon | (1) | (C) |
|  |  | __ | Apt | __ | Ret | for ___ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for ___ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for ___ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for ___ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for ___ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:      ___ In Chambers    X  In Court    ___ By Telephone

Govt's oral motion to dismiss - Granted
Abstract issued to USM

Date  12/20/2007                              _____ Deputy's Initials