## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 20 PM 4:07

CLERK, U.S. DISTRICT C: ...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07cr3228-H |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Julio Espinoza De Leon, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

_____  of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/20/2007

Louisa S. Porter
UNITED STATES DISTRICT JUDGE

ENTERED ON _____